SCANNED at BCF and Emailed on
7/10/18 by Pm - 9 pages.
(date)  (initials)  (num)

FILED
3:48 pm, Jul 10, 2018
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

Plaintiff's Full Name(s)

Kim Anthony Duerson Sr
Prisoner or Registration Number

# 97039 Location B-8-18
Branchville Correctional Facility
21390 old State road
Branchville, Indiana 47514

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. 3:18-cv-00120-RLY-MPB
(To be supplied by the Court)

Kim Anthony Duerson Sr.,

    Plaintiff,

v.

I D.O.C. Reception Diagnostic Center

Indiana Department of Correction

Wexford of Indiana LLC

Insurance ,Department OF

Defendant(s)

## PRISONER CIVIL COMPLAINT

### I. PARTIES

**A. Plaintiff's Information**

Name and Prisoner Number of Plaintiff:

Kim Anthony Duerson Sr

Present Place of Confinement or Mailing Address:

Branchville Correctional Facility

21390 Old State Road 37

Branchville Indiana 47514

**B. Defendant's Information:** (NOTE: To provide information about more defendants than there is room for here, use this format on another sheet of paper.)

Name of Defendant 1: Indiana Department of Correction
Title (if applicable): Superintendent
Address of Defendant: Indiana Government Center South, RM E334
302 West Washington Street
Indianapolis, IN 46204

Name of Defendant 2: I D. O. C. Reception Diagnostic Center
Title (if applicable) Superintendent
Address of Defendant :
737 Moon Road
Plainfield IN 46168

Name of Defendant 1: Indiana Department of Correction
Title (if applicable): Superintendent
Address of Defendant: Indiana Government Center South, RM E334
302 West Washington Street
Indianapolis, IN 46204

Name of Defendant 3: Wexford of Indiana LLC
Title (if applicable): Director of Medical Services
Address of Defendant: 9245 North Meridian St. Suite 111
Indianapolis, IN 46260

Name of Defendant 4: _____
Title (if applicable): _____
Address of Defendant: _____

## II. JURISDICTION

Jurisdiction is invoked pursuant to 28 U.S.C. § 1331. (If you wish to assert jurisdiction under additional statues, you may fill in the title and section below.)

_____ USC § _____

_____ USC § _____

## III. BASIS FOR CLAIMS

Check any applicable item(s):

X Complaint under the Civil Rights Act, **42 U.S.C. § 1983** (state, county, or municipal defendants.)

\_\_\_\_\_ Complaint under **Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S.388 (1971)** (federal defendants)

\_\_\_\_\_ Complaint under **Federal Tort Claims Act**, 28 U.S.C. 2671, et seq. (FTCA)

\_\_\_\_\_ Other (cite statute, if known) _____

## IV. CLAIMS

Briefly state the background of your case:

On arrival at RDC I was running a 103 degree's temerature,I had a running nose, Iwas coughing and my eyes were watering.On 02/8 /2018 I was perscibed Zyretec , once a day and Tylenole 2 X a day. On 02/10/2010 in the AM shift .I was given 100 MG of Dilantin in "error".I was extremly Drowsy and nausia.and was having terrible headache's.

(Include all facts you consider important, including names of persons involved, places and date. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) I D.O.C is involved  because it  a enitity of Indian Department Of Correction Reception Diagnostic Center   Monica

**Claim 2:** Name of Defendant 1: Indiana Department of Correction

Title (if applicable): Superintendent

Address of Defendant: Indiana Government Center South, RM E334

302 West Washington Street

Indianapolis, IN 46204

Name of Defendant 2: I D. O. C. Reception Diagnostic Center

Title (if applicable) Superintendent

Address of Defendant :

737 Moon Road

Plainfield IN 46168

Name of Defendant 3: Wexford of Indiana LLC

Title (if applicable): Director of Medical Services

Address of Defendant:9245 North Meridian St. Suite 111

Indianapolis, IN 46260

Briefly state the background of your case:

On arrival at RDC I was running a 103 degree's temperature, I had a running nose, I was coughing and my eyes were watering. On 02/8 /2018 I was prescribed Zyretec , once a day and Tylenol 2 X a day. On 02/10/2010 in the AM shift .I was given 100 MG of Dilantin in "error". I was extremely drowsy, nauseated and was having terrible headache's.

(Include all facts you consider important, including names of persons involved, places and date. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) The of Indian Department Of Correction is involved because it is an enitity of I D.O.C.Reception Diagnostic Center and Wexford of Indiana LLc Is The company that employ's them .

## V. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

_____ YES   X NO

If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label **"V. Previous Lawsuits and Administrative Relief".**)

    A. Parties to previous lawsuits:
       Plaintiff(s): N/A
       Defendant(s):N/A
    B. Name and location of Court and docket number :N/A

    C. Disposition of lawsuit. (For example, was the case dismissed? Was it Appealed? Is it still pending?) N/A
    D. Issues raised: N/A
    E. Approximate date of filing lawsuit: N/A
    F. Approximate date of disposition/A

2. I have previously exhausted available administrative remedies regarding the events or acts complained of in Part IV of this complaint. X YES _____ NO

If your answer is "YES", briefly describe how relief was sought and the result:I was at

## VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label **"VI. Previously Dismissed Actions or Appeals").**

    A. Parties to previous lawsuit:

Plaintiff(s): N/A

Defendant(s): N/a

B. Name and location of court and docket number: N/a

C. Grounds for dismissal (check if applicable):

( ) Frivolous

( ) Malicious

( ) Failure to state claim upon which relief may be granted

D. Approximate date of filing lawsuit: N/a

E. Approximate date of disposition N/A

actual damages;    compensatory damages;    punitive damages;

## VII. REQUEST FOR RELIEFF

Actual damages, compensatory damages, punitive damages:

_____  *Kim Anthony Duerson Sr*
Signature of Attorney (if any)          Plaintiff's Signature

Date: 07/10/2018

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he / she is the plaintiff in the above action, that he / she has read the above complaint and that the information contained in the complaint is **true and correct.**

Executed at Branchville      on 07/10/2018      .
         (Location)              (Date)

*Kim Anthony Duerson Sr.*